The motion is
So ordered.
The parties are ordered to file their joint trial memorandum by February 19, 2004 at 5:00 p.m.

The clerk is directed to docket this letter as a motion to extend time for filing the joint trial memorandum. The motion is GRANTED. The parties are ordered to file their joint trial memorandum by February 19, 2004 at 5:00 p.m. So ordered.

Christopher F. Droney
United States District Judge
12/8/03

Law Offices

# Moukawsher & Walsh, L.L.C.

Joseph E. Moukawsher
Michael J. Walsh
Thomas G. Moukawsher
D. Lincoln Woodard
Ann Walsh Henderson
Ian O. Smith
Karolina Kolodziej
Ryan P. Barry

21 Oak Street
Suite 209
Hartford, CT 06106
(860) 278-7000
—
Fax (860) 548-1740

Reply to:

Groton

October 21, 2003

Hon. Christopher F. Droney
United States District Court Judge
District of Connecticut
450 Main Street
Hartford, CT 06103

**RE: Sadowski v. Dell Computer Corporation, et al.
Docket No. 3:00 CV 2113 (CFD)**

Dear Judge Droney:

With the permission of opposing counsel, I am writing to the Court to report that, following a settlement conference, the parties have agreed to a procedure involving an analysis by a third party that may lead to a settlement of the above-captioned matter within the next approximately 90 days. While the parties are optimistic and wish to inform the Court of a reasonable likelihood of success, the parties would also like to reserve their rights, in the event of failure, to seek modifications to the Court's existing case management deadlines and to proceed to trial. Both parties think it in the best interest of the Court and the parties, however, to exhaust their efforts before burdening the Court with additional motion practice. Accordingly, it is the intention of both parties to report to the Court as soon as the settlement process is concluded.

Both sides stand ready to adopt any other appropriate approach and to answer any questions the Court may have about the agreement of the parties. The parties greatly appreciate the effective assistance lent to their settlement efforts by Parajudicial Officer Raymond B. Green.

Very truly yours,

Thomas G. Moukawsher

TGM:tba
cc: Raymond B. Green, Esq.
    Richard S. Order

328 Mitchell Street, Groton, CT 06340, (860) 445-1809, fax (860) 446-8161