FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 JAN 22 A 11: 39

U.S. DISTRICT COURT
HARTFORD, CT.

GLENYS M. SADOWSKI

V                                    CASE NO. 3:00cv2113(CFD)

DELL COMPUTER CORP.

NOTICE TO COUNSEL

The above-entitled case was reported to the Court on January 13, 2004 to be settled. Under Local Rule 41(b), a matter reported to be settled is to be dismissed if closing papers are not filed within (30) days thereafter.

Accordingly, an order of dismissal will be entered on January 31, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact to be settled.

It is so ordered.

Dated at Hartford, Connecticut this 22nd day of January, 2004.

KEVIN F. ROWE, CLERK

BY /s/ Devorah Johnson
Devorah Johnson
Deputy Clerk