UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GLENYS M. SADOWSKI, | : | CIVIL ACTION NO. |
| | : | 3:00 CV 2113 (CFD) |
| Plaintiff, | : | |
| v. | : | |
| DELL COMPUTER CORPORATION, | : | |
| Defendant. | : | JANUARY 30, 2004 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO COMPLETE SETTLEMENT

Plaintiff in the above-captioned matter hereby moves for an extension of time through and including February 18, 2004 to complete the settlement of the above-captioned matter. In support hereof, plaintiff respectfully represents as follows:

1. The parties reported this matter settled on January 13, 2004;

2. On January 22, 2004 the Court gave the parties until January 31, 2004 to file closing papers or face the dismissal of the action;

3. Pursuant to the parties' settlement agreement, the most important step necessary to the settlement is not expected to be accomplished until February 5, 2004, and the parties believe time may be needed after that to carry out all aspects of the agreement;

4. Defense counsel supports this motion;

5. This is plaintiff's first request to extend this deadline.

WHEREFORE, plaintiff respectfully urges the parties be granted time through and including February 18, 2004 to complete settlement before this action is dismissed.

        The Plaintiff

By_____
  Thomas G. Moukawsher
  Fed. Bar. No.: ct08940
  Moukawsher & Walsh, LLC
  328 Mitchell Street
  P.O. Box 966
  Groton, CT 06340
  (860)-445-1809

## **CERTIFICATION**

I hereby certify that a copy of the foregoing has been mailed on this date to the defendant at:

Richard S. Order
Axinn Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103-3702

Dated this 30th day of January, 2004.

_____
Thomas G. Moukawsher