# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| GLENYS M. SADOWSKI, | CIVIL ACTION NO. |
| | 3:00 CV 2113 (CFD) |
| Plaintiff, | |
| v. | |
| DELL COMPUTER CORPORATION, | |
| Defendant. | JANUARY 30, 2004 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO COMPLETE SETTLEMENT

Plaintiff in the above-captioned matter hereby moves for an extension of time through and including February 18, 2004 to complete the settlement of the above-captioned matter. In support hereof, plaintiff respectfully represents as follows:

1. The parties reported this matter settled on January 13, 2004;

2. On January 22, 2004 the Court gave the parties until January 31, 2004 to file closing papers or face the dismissal of the action;

3. Pursuant to the parties' settlement agreement, the most important step necessary to the settlement is not expected to be accomplished until February 5, 2004, and the parties believe time may be needed after that to carry out all aspects of the agreement;

4. Defense counsel supports this motion;

5. This is plaintiff's first request to extend this deadline.

WHEREFORE, plaintiff respectfully urges the parties be granted time through and including February 18, 2004 to complete settlement before this action is dismissed.

*GRANTED. It is so ordered.*
*Christopher F. Droney, U.S.D.J.*
*Hartford, CT 2/11/04*