UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GLENYS M. SADOWSKI, | : CIVIL ACTION NO. |
| | : 3:00 CV 2113 (CFD) |
| Plaintiff, | : |
| | : |
| V. | : |
| | : |
| DELL COMPUTER CORPORATION | : |
| n/k/a DELL INC., | : |
| | : |
| Defendant. | : FEBRUARY 17, 2004 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Glenys M. Sadowski and Defendant Dell Computer Corporation, pursuant to Rule 41(a)(1), Fed. R. Civ. P., hereby stipulate to the voluntary dismissal **with prejudice** of plaintiff's claims in this case in their entirety, including all claims and causes of action herein, each party to bear her or its own costs and attorneys' fees.

| | |
|---|---|
| PLAINTIFF, | DEFENDANT, |
| GLENYS M. SADOWSKI, | DELL COMPUTER CORPORATION |
| | n/k/a DELL INC. |
| | |
| By: /s/ | By: /s/ |
| THOMAS G. MOUKAWSHER, ESQ. | RICHARD S. ORDER, ESQ. |
| Federal Bar No. ct08940 | Federal Bar No. ct02761 |
| Moukawsher & Walsh, L.L.C. | Axinn, Veltrop & Harkrider LLP |
| 328 Mitchell Street | 90 State House Square |
| Groton, CT 06340 | Hartford, CT 06103-3702 |
| Tel.: (860) 445-1809 | Tel.: (860) 275-8100 |
| Fax: (860) 446-8161 | Fax: (860) 275-8101 |
| Email: tmoukawsher@mwlawgroup.com | Email: rso@avhlaw.com |
| | |
| | CHRISTOPHER H. HAHN |
| | VINSON & ELKINS L.L.P. |
| | 600 Congress Avenue, Ste. 2700 |
| | Austin, Texas 78701-3200 |
| | Tel.: (512) 495-8465 |
| | Email: chahn@velaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent by United States first class mail, postage prepaid, this 17th day of February, 2004, to the following counsel of record:

>Thomas G. Moukawsher, Esq.
>Moukawsher & Walsh, LLC
>328 Mitchell Street
>P.O. Box 966
>Groton, CT  06340

>/s/ _____
>Richard S. Order, Esq.
>Axinn, Veltrop & Harkrider LLP

10980