UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| GLENYS M. SADOWSKI, | CIVIL ACTION NO. |
| Plaintiff, | 3:00 CV 2113 (CFD) |
| V. | |
| DELL COMPUTER CORPORATION n/k/a DELL INC., | |
| Defendant. | FEBRUARY 17, 2004 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Glenys M. Sadowski and Defendant Dell Computer Corporation, pursuant to Rule 41(a)(1), Fed. R. Civ. P., hereby stipulate to the voluntary dismissal **with prejudice** of plaintiff's claims in this case in their entirety, including all claims and causes of action herein, each party to bear her or its own costs and attorneys' fees.

PLAINTIFF,
GLENYS M. SADOWSKI,

By: _____
THOMAS G. MOUKAWSHER, ESQ.
Federal Bar No. ct08940
Moukawsher & Walsh, L.L.C.
328 Mitchell Street
Groton, CT 06340
Tel.: (860) 445-1809
Fax: (860) 446-8161
Email: tmoukawsher@mwlawgroup.com

DEFENDANT,
DELL COMPUTER CORPORATION
n/k/a DELL INC.

By: _____
RICHARD S. ORDER, ESQ.
Federal Bar No. ct02761
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103-3702
Tel.: (860) 275-8100
Fax: (860) 275-8101
Email: rso@avhlaw.com

CHRISTOPHER H. HAHN
VINSON & ELKINS L.L.P.
600 Congress Avenue, Ste. 2700
Austin, Texas 78701-3200
Tel.: (512) 495-8465
Email: chahn@velaw.com

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By _____
Deputy Clerk